UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PINE<br><br>                      Plaintiff,<br><br>      v.<br><br>JOHN HAMMER, LESTER SILVER, and<br>HOWARD SILVERBERG<br><br>                      Defendants. | ECF CASE<br><br>23-cv-7148<br><br>Related: 19-cv-8173(LAP)<br><br>NOTICE OF APPEARANCE<br>OF COUNSEL |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby certifies that he is admitted to practice before this Court and appears as counsel for Plaintiff, in the above-captioned matter.

Dated:  August 16, 2023
         New York, New York

                                      **LAW OFFICE OF AMY JANE AGNEW, P.C.**

                                      By: *Joshua Morrison*
                                        Joshua Morrison, Esq.
                                  24 Fifth Avenue, Suite 1701
                                          New York, NY 10011
                                              (312) 206-8185
                                              josh@ajagnew.com