UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS FARRELL,<br><br>                Plaintiff,<br><br>-against-<br><br>LESTER SILVER, et al.,<br><br>                Defendants. | No. 23-CV-9488 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's pre-motion letter requesting consolidation of the above-captioned case with five related "Tranche II" cases.  The parties in the above-captioned case and in each of the five cases listed below shall appear for a teleconference at 10:00 a.m. on May 16, 2024, to address Plaintiff's letter.  The dial-in for the teleconference is (877) 402-9753, access code 6545179.

    The Clerk of the Court shall close docket entry 14.  The Clerk of the Court shall also docket this order in each of the following cases listed below and close the following docket entries:

- Pine v. Hammer, 23-cv-7148; close docket entry 38.
- Diggs v. Dinello, 23-cv-7149; close docket entry 55.
- Windley v. Hammer, 23-cv-7151; close docket entry 54.
- Lorandos v. Mueller, 23-cv-7369; close docket entry 38.
- Rhodes v. Hammer, 23-cv-9490; close docket entry 16.

**SO ORDERED.**

Dated:     May 13, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge