## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 21, 2026

**VIA ECF**

**Re:**

Feola v. Mueller, 23-cv-3393                    Pine v. Hammer, 23-cv-7148
Lorandos v. Mueller, 23-cv-7369              Windley v. Hammer, 23-cv-7151
Diggs v. Dinello, 23-cv-7149

Dear Judge Preska:

The above listed cases are the last of the Allen I related cases before this Court. The Court has already granted two extensions of time for Plaintiffs to opposition papers. Based on the personal reasons I shared with the Court, I would respectfully a third extension until July 6, 2026. My adversaries have, once again, graciously agreed to an extension and we will still have plenty of time before the Court's September deadline.

I am, as always, grateful for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

The requested extension is granted.  Counsel shall prioritize the briefs for Feola and Pine. The Clerk of Court shall close: docket number 148 in 23-cv-3393; docket number 106 in 23-cv-7148; docket number 121 in 23-cv-7149; docket number 123 in 23-cv-7151; and docket number 114 in 23-cv-7369.  **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
June 22, 2026

| *New York Office* | (973) 600-1724 | aj@ajagnew.com | *New Jersey Office* |
| 24 Fifth Avenue, Suite 1701 | | | 36 Page Hill Road |
| New York, NY 10011 | | | Far Hills, NJ 07931 |