# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 13, 2026

**VIA ECF**

**Re:**
Feola v. Mueller, 23-cv-3393
Lorandos v. Mueller, 23-cv-7369
Diggs v. Dinello, 23-cv-7149
Pine v. Hammer, 23-cv-7148
Windley v. Hammer, 23-cv-7151

Dear Judge Preska:

The above listed cases are the last of the Allen I related cases before this Court. We have filed all the supporting opposition papers, however, I am still cranking away on the brief (in the midst of preparing for a trial next week). I have also tendered a VD stipulation to Defendants' counsel for the Feola case which I will file tomorrow. I respectfully request a final extension of time to file Plaintiffs' opposition brief until Tuesday, July 14, 2026. My colleagues have graciously consented.

I am, as always, grateful for the Court's courtesy.

Very truly yours,

***/s/ AJ Agnew***

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

The requested extension is GANTED. The Clerk of Court shall close: docket number 152 in 23-cv-3393; docket number 113 in 23-cv-7148; docket number 129 in 23-cv-7149; docket number 129 in 23-cv-7151; and docket number 120 in 23-cv-7369. **SO ORDERED.**

Loretta A. Preska
Loretta A. Preska, U.S.D.J. July 14, 2026

*New York Office*
24 Fifth Avenue, Suite 1701
New York, NY 10011
(973) 600-1724
aj@ajagnew.com
*New Jersey Office*
36 Page Hill Road
Far Hills, NJ 07931